UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RICHARD PHELPS,

    Plaintiff,

    v.

Case No. 07-C-1095

THIRD EDUCATION GROUP, INC.
and BRUCE THOMPSON,

    Defendants.

## ORDER

Based upon the Stipulation of the parties,

**IT IS HEREBY ORDERED** that the Court's consideration of defendant's motion to stay shall itself be stayed until the parties have completed early neutral evaluation in a related case pending before the Honorable Aaron E. Goodstein entitled *Third Education Group, Inc. v. Phelps*, Case No. 07-C-1094, which evaluation is intended to address the issues raised in the present lawsuit as well. The parties are to advise this Court upon completion of the early neutral evaluation as to whether they have been successful in resolving their dispute or whether the stay ought to be lifted so that this Court can continue its consideration of defendant's motion to stay.

Dated at Milwaukee, Wisconsin, this 24th day of March, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge